UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

UNITED STATES OF AMERICA

        v.                          Criminal No. 8:05-cr-00327-DKC

TODD R. TASKEY

_____

**DEFENDANT'S MOTION FOR EARLY
TERMINATION OF PROBATION**

Defendant Todd R. Taskey, by counsel, respectfully moves the Court pursuant to 18 U.S.C. § 3564 (c) for an Order terminating his sentence of probation. In support of this motion Mr. Taskey submits:

<u>The Sentence of Probation</u>

On July 15, 2005, Mr. Taskey entered a plea of guilty to an information charging him with conspiracy to defraud the United States by impeding the lawful functions of the Internal Revenue Service in violation of 18 U.S.C. § 371. On September 15, 2009, the Court imposed a sentence of probation for a term of two years with these additional conditions:

1. Performance of 200 hours of community service.

2. Cooperation with the Internal Revenue Service in the determination of his civil tax liability and payment of any taxes, penalties, and interest that are due.

3. Payment of a $100 assessment, a $20,000 criminal fine, and restitution in the amount of $192,857.

To date, Mr. Taskey has performed over 200 hours of community service as Public Relations Assistant and Vocational Development Counselor at Journey's Crossing Christian Church in Gaithersburg. He intends to volunteer in this capacity irrespective of the Court's ruling on the motion.

Mr. Taskey paid the assessment, criminal fine, and restitution. He cooperated with the Examination Division, Internal Revenue Service, and agreed to the Revenue Agent's income tax examination changes for 1998 and 1999. He paid the civil tax liability and the civil fraud penalty assessed by the Service for these years. He has also agreed to pay the interest on the liability and penalty as soon as the interest is calculated. This is a separate function of the IRS Collection Division, which we understand may take several months. He is current in all subsequent tax filings and payments.

<u>Early Termination</u>

Mr. Taskey has complied fully with the standard conditions of probation and supervision set forth in the Judgment in a Criminal Case as well as the additional conditions. Except for the circumstances of the offense itself, Mr. Taskey's conduct has been exemplary, both before and after sentencing. The United States Probation Office does not object to early termination. The United States Attorney's Office does not object to early termination.

Continued probation, we submit, has "no real value as far as law enforcement or any other community interest is concerned." *United States v. Schuster,* 2002 WL31098493 (S.D.N.Y 2002) (Attorney disbarred and fined as the result of securities fraud conviction granted early termination to embark on real estate consulting business).

Mr. Taskey has endured the functional equivalent of probation and its restrictions on his liberty since his guilty plea in July 2005. He has already paid an enormous penalty for conduct which occurred approximately ten years ago. The economic impact of statutory disqualification as a securities representative and the loss of his other professional certifications continues to haunt Mr. Taskey. His efforts since sentencing to develop tangible business opportunities have yielded only mediocre results. Mr. Taskey desires the seek reinstatement of his Maryland insurance producer's license, but the Maryland Insurance Administration will not consider his application while he remains on probation.

WHEREFORE, for these reasons, Mr. Taskey respectfully moves the Court for an Order terminating probation as of September 15, 2010.

Respectfully submitted,

_____/s/_____
Paul N. Murphy (Bar No. 10452)
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Ave., N.W., Third Floor
Washington, D.C. 20006-4604
Telephone:  202-454-2847
Facsimile:   202-454-2805